# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: 2:07-MC-044 |
| vs. | ) |
| DARREN BROWN, | ) MAGISTRATE JUDGE KEMP |
| SSN: XX-XX-9745 | ) |
| Defendant, | ) |
| and | ) |
| BATTELLE MEMORIAL INSTITUTE, | ) |
| Garnishee. | ) |

## WRIT OF CONTINUING GARNISHMENT

TO THE ATTENTION OF: Battelle Memorial Institute
505 King Avenue
Room A 553
Columbus, OH 43201

An application for a Writ of Continuing Garnishment against the property of Defendant, Darren Brown , also referred to as "debtor" or "judgment debtor" (including but not limited to nonexempt disposable earnings), has been filed with this Court.

A judgment was entered against Darren Brown in Case No. 2:07-MC-044 on December 22, 1993 in the amount of $4,182.10. The amount of said debt that remains unpaid and due and owing is $3,793.79 ($3,695.48 principal and $98.31 interest) as of December 6, 2007, with additional interest accruing thereafter at the rate of 3.61 percent per annum.

The United States is represented by Deborah F. Sanders, Assistant United States Attorney, Southern District of Ohio, 303 Marconi Boulevard, Suite 200,Columbus, Ohio  43215-2401.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the judgment debtor, including any and all equipment and/or monies.

You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at:

>CLERK U.S. DISTRICT COURT
>85 Marconi Blvd., Room 260
>Columbus, Oh  43215

Additionally, you are required by law to serve a copy of this answer upon the judgment debtor at:

>Darren Brown
>406 Walker Street
>Bellefontaine, OH 43311

and upon the Government at:

>Deborah F. Sanders
>Assistant United States Attorney
>Southern District of Ohio
>303 Marconi Boulevard, Suite 200
>Columbus, Ohio  43215-2401
>(614) 469-5715

NOW THEREFORE, YOU ARE HEREBY COMMANDED to withhold and retain any property, equipment and/or monies in which the debtor has a substantial nonexempt interest and for which you are or may become further indebted to the judgment debtor pending further order of the Court.

Under the law, there is property which may be exempt from this Writ of Continuing Garnishment. Property which may be exempt and which is not subject to this order is listed on the

attached Claim for Exemption Form. All nonexempt property belonging to Darren Brown must be held from and retained by you pending further order of the Court.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the Defendant any item attached by this Writ. Additionally, you may be held liable for reasonable attorney's fees to the United States of America.

The garnishment shall terminate only by one of the following:

1. A court order quashing the Writ of Continuing Garnishment;

2. Exhaustion of property in the possession, custody or control of the garnishee in which the debtor has a substantial nonexempt interest (including nonexempt disposable earnings) unless the garnishee reinstates or re-employs the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or

3. Satisfaction of the debt with respect to which the Writ is issued.

Questions are to be directed to:

        Deborah F. Sanders
        Assistant United States Attorney
        Southern District of Ohio
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio  43215-2401
        (614) 469-5715


December 19, 2007        /s/ Terence P. Kemp
DATE        United States Magistrate Judge